No. —. JONES *v.* JACKSON, ATTORNEY GENERAL; and No. —. EX PARTE ELLERT L. McGRATH. April 14, 1941. Applications denied.

No. —, original. EX PARTE EDWARD KEPFORD. April 28, 1941. The motion for leave to file petition for writ of habeas corpus is denied.

No. 535. UNITED STATES *v.* CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD Co. ET AL. April 28, 1941. It is ordered that the opinion filed March 31, 1941, be amended by inserting in the first paragraph on page 6, after the word "question," the following: "not only are above ordinary high water mark but also claim that they".

Opinion reported as amended, 312 U. S. 592.

No. 312. SWANSON, SECRETARY OF STATE OF NEBRASKA, ET AL. *v.* BUCK ET AL. April 29, 1941. Frank Marsh et al. substituted as parties appellant in the place and stead of Harry R. Swanson et al., on motion of *Mr. William J. Hotz* for the appellants.